UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALI KAREEM ALADIMI, | Case No. 1:08-cv-724 |
| | 1:03-cr-6 |
| Petitioner, | |
| | Judge Timothy S. Black |
| vs. | Magistrate Judge Michael R. Merz |
| | |
| UNITED STATES OF AMERICA, | |
| | |
| Respondent. | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 462); (2) DENYING PETITIONER'S MOTION TO VACATE (Doc. 435); AND (3) TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on September 20, 2010, submitted a Report and Recommendations. (Doc. 462). Subsequently, the Petitioner filed Objections to the Report and Recommendations. (Doc. 466).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety; and Plaintiff's Objections to the Report and Recommendations are overruled.

Accordingly:

1. Petitioner's motion vacate pursuant to 28 U.S.C. § 2255 (Doc. 435) is **DENIED**;

2. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith; and

3. This case (1:08cv724) is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED**.

Date: 11/10/10

Timothy S. Black
United States District Judge